# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROSALINDA LUGO VEGA,                           )     Case No. CV 13-3387-PA (JEM)
                              Plaintiff,        )
                                               )     **JUDGMENT**
              v.                               )
                                               )
CAROLYN W. COLVIN,                             )
Acting Commissioner of Social Security,        )
                                               )
                              Defendant.       )
                                               )
_____        )

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:  February 18, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE